PITTMAN,
Judge, concurring in part and concurring in the result.
I concur in the main opinion except insofar as it may indicate that conversion of a motion to dismiss to a summary-judgment motion must occur in every case when a trial court takes judicial notice of other judicial proceedings. See Slepian v. Slepian, 355 So.2d 714, 717 (Ala.Civ.App.1977) (trial court could properly dismiss action after taking judicial notice of another civil action pending in that court when defendant filing motion to dismiss asserted that the plaintiffs claim was pending in the other civil action); and Petersen v. Woodland Homes on Huntsville, Inc., 959 So.2d 135, 141 (Ala.Civ.App.2006) (opinion of three judges that trial court’s consideration of materials filed in parallel case pending in the same court did not mandate treatment of ensuing dismissal as a summary judgment). In this case, however, I believe the main opinion properly reviews the trial court’s judgment as a summary judgment because the trial-court proceedings giving rise to Webb I and Webb II *897 were not pending at the time that the City moved for dismissal. See Briggs v. Woodfin, 395 So.2d 1024, 1026 (Ala.Civ.App.1981) (distinguishing Slepian on that basis).
APPENDIX
[[Image here]]